# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RODRIGUEZ HERNANDEZ,<br><br>          Petitioner,<br><br>   vs.<br><br>D.K. SISTO,<br><br>          Respondent.                / | 1:08-cv-00626-LJO-SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   May 12, 2008**                              **/s/ Sandra M. Snyder**
                                                                      UNITED STATES MAGISTRATE JUDGE