# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE RODRIGUEZ HERNANDEZ, | 1:08-cv-00626 LJO SMS HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT STATE COURT RECORDS |
| v. | |
| D.K. SISTO, | |
| Respondent. | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 5, 2008, Petitioner filed a petition for writ of habeas corpus. On May 14, 2008, the Court ordered Respondent to respond to the petition for writ of habeas corpus. In addition, Respondent was ordered by this Court to provide any and all transcripts or other documents necessary to render a decision in this matter in accordance with Rule 5 of the Rules Governing Section 2254 cases. See Order, pg. 2.

    On August 12, 2008, Respondent filed an answer to the petition for writ of habeas corpus. However, Respondent did not lodge the state court records as referenced in its answer. The state court recordss are necessary to render a decision in this matter and thus the Respondent is required to provide those transcripts.

1  Accordingly, Respondent is DIRECTED to submit a copy of the trial transcripts in this
2  matter within fifteen (15) days of the date of service of this order.
3  IT IS SO ORDERED.
4  **Dated:     December 17, 2008**          **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE